1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    *Pending in the United States District Court*
     *for the District of Connecticut,*
8    *No. 3-04-CV-1881 RNC:*

9    APPLERA CORPORATION,

10            Plaintiff,
                                              No. C 05-80231 PJH  MISC/
11                                                C 05-80232 PJH MISC

12        v.                                  **ORDER ADOPTING MAGISTRATE**
     BIORAD LABORATORIES, INC., MJ            **JUDGE'S REPORT AND**
13   RESEARCH, INC., AND STRATAGENE,          **RECOMMENDATION AND CLOSING**
                                              **CASES**
14
             Defendants.
15   _____/

16        The court has reviewed Magistrate Judge Zimmerman's November 9, 2005 Report and

17   Recommendation Re: non-party, Roche Molecular System's motion to quash a non-party

18   subpoena and for protective order (05-80231 MISC) and motion for expenses and fees in

19   connection with non-party subpoenas (05-80232 MISC).  Objections were due November 28,

20   2005, and no objections have been filed.  The court finds the Report correct, well-reasoned and

21   thorough, and adopts it in every respect.  Accordingly, the court DENIES Roche's motions, subject

22   to the Magistrate Judge's November 9, 2005 discovery order.

23        This order fully adjudicates these matters and terminates all other pending motions.  The

24   clerk shall close the files.

25        IT IS SO ORDERED.

26   Dated:  December 8, 2005

27                                            _____
                                              PHYLLIS J. HAMILTON
28   cc:  Wings, Assigned M/J                 United States District Judge